UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NATHANIEL M. OLIVER JR.,

        Plaintiff,

                                       Case Number 07-15476-BC
v.                                   Honorable Thomas L. Ludington

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND REMANDING MATTER FOR FURTHER PROCEEDINGS CONSISTENT WITH THE R&R

      Magistrate Michael Hluchaniuk issued a report and recommendation [Dkt. # 30] on March 2, 2010, recommending that Plaintiff Nathaniel M. Oliver Jr.'s motion for summary judgment [Dkt. # 24] be denied and that Defendant Commissioner of Social Security's motion for summary judgment [Dkt. # 28] also be denied.  He further recommended remanding this matter for further proceedings consistent with his report.  Either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendations.  28 U.S.C. § 636(b)(1).  The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id.*  Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).

      Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [Dkt. # 30] is **ADOPTED**.

      It is further **ORDERED** that Plaintiff's motion for summary judgment [Dkt. # 24] is

**DENIED**.

It is further **ORDERED** that Defendant's motion for summary judgment [Dkt. # 28] is

**DENIED**.

It is further **ORDERED** that this matter is **REMANDED** for further proceedings consistent

with the Magistrate Judge's report and recommendation.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: March 17, 2010

> **PROOF OF SERVICE**
>
> The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 17, 2010.
>
> s/Tracy A. Jacobs
> TRACY A. JACOBS